No. 111. UNION PACIFIC COAL COMPANY *v.* MARK A. SKINNER, COLLECTOR OF INTERNAL REVENUE. Certiorari to the Circuit Court of Appeals for the Eighth Circuit. Submitted December 19, 1919. Decided March

22, 1920. *Per Curiam.* Affirmed with costs upon the authority of *Lynch* v. *Hornby*, 247 U. S. 339. *Mr. Henry W. Clark* for petitioner. *The Solicitor General* and *Mr. A. F. Myers* for respondent.